# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**James W. Wallace and Jennifer A. Wallace**<br>    Debtors | Case No.:   16−60378−EJC<br>Judge:   Edward J. Coleman III<br>Chapter:   13 |

### ORDER DISMISSING CASE
### FOR FAILURE TO COMPLY WITH COURT'S ORDER

The court, on its own motion and pursuant to §105 of the Bankruptcy Code, does hereby dismiss the captioned case by reason of debtor's failure to comply with the court's order of June 15, 2018 .

All stays are lifted and creditors are at liberty to pursue their legal remedies.



Edward J. Coleman III
United States Bankruptcy Judge
125 Bull St, Rm 213
P.O. Box 8347
Savannah, GA 31412

Dated **November 26, 2018**

*13−10[Rev. 07/05]* **LLE**